UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF JOHN CARPENTER AND ITS MEMBERS; and JOHN CARPENTER, an individual,<br><br>    Plaintiff,<br>v.<br><br>ROXY RABAN d.b.a. PAPPY'S MARKET & DELI; ROXY RABAN; HADSELL, SUSAN MARIE (Trustee/Conservator); THE SUSAN MARIE HADSELL TRUST (Company/corporation); and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.06cv2197 JM(JMA)<br><br>ORDER RE: DISMISSAL<br>[Docket No. 5] |

**IT IS HEREBY ORDERED,** pursuant to the Motion For Dismissal on file herein, that all Defendants are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: September 28, 2007

                   Hon. Jeffrey T. Miller
                   United States District Judge